Robin K. Perkins, SBN: 131252
**PERKINS & ASSOCIATES**
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   (916) 446-2000
Facsimile:   (916) 447-6400

Attorneys for Plaintiff
ANASTASIA YEAGER

Anne-Marie Waggoner, Bar No. 173407
Alexa L. Woerner, Bar No. 267609
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone:   925.932.2468

Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANASTASIA YEAGER,<br><br>  Plaintiff<br><br>  v.<br><br>TERMINIX INTERNATIONAL, INC., a Delaware Corporation doing Business in the State of California as SERVICEMASTER,<br><br>  Defendant. | Case No. 2:10-CV-00572-JAM-JFM<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING TRIAL AND CERTAIN PRE-TRIAL EVENTS AND ORDER CONTINUING TRIAL AND CERTAIN PRE-TRIAL EVENTS**<br><br>Judge:             John A. Mendez<br>Complaint Filed:   March 11, 2010<br>Trial Date:        February 27, 2012 |

CASE NO.  CIV S-10-572 JAM JFM

Plaintiff ANASTASIA YEAGER ("Plaintiff") and Defendant TERMINIX INTERNATIONAL, INC. ("Terminix") (collectively "The Parties") hereby stipulate and agree to the following:

WHEREAS, in the Pretrial Scheduling Order filed in this matter on July 19, 2010, the Honorable John A. Mendez ordered the parties to complete all discovery, with the exception of expert discovery, by October 7, 2011. (Court Docket No. 12);

WHEREAS, in the Pretrial Scheduling Order filed in this matter on July 19, 2010, the Honorable John A. Mendez set the trial in this matter for February 27, 2012. (Court Docket No. 12);

WHEREAS, Counsel for Terminix substituted into this case on April 14, 2011;

WHEREAS, Counsel for Terminix is scheduled to appear for a class action trial in another court on another matter from January 30, 2012 through April 6, 2012;

WHEREAS, the Plaintiff has noticed and scheduled the depositions of six employees of TERMINIX, including officers of Terminix, and requested documents for these depositions for the week beginning on October 3, 2011 and to be completed by October, 7, 2011;

WHEREAS, at least three of the six employees of Terminix, the depositions of whom Plaintiff seeks, reside and work outside of the State of California in the State of Tennessee and the State of Washington;

WHEREAS, the Parties are attempting to resolve this matter before incurring the significant costs and expenses associated with the completion of such depositions and preparing for trial and before incurring the potential disruption to the business of Terminix;

WHEREAS, the parties and their counsel request that the October 7, 2011 non-expert discovery deadline be continued to January 13, 2012, for the sole purpose of permitting the depositions of the six Terminix employees currently noticed for October 3, 2011 and October 7, 2011 to be completed and documents produced pursuant to those deposition notices;

WHEREAS, the parties and their counsel further request that the trial in this matter be continued from February 27, 2012 at 9:00 a.m. to April 30, 2012, and that the pre-trial conference be continued accordingly, so that the parties may explore the informal resolution of this matter, complete discovery, and prepare for trial, if necessary, thereafter.

1  THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
2  their respective counsel, that:
3      1.  The non-expert discovery cut-off be continued from October 7, 2011 to
4  January 13, 2012 as to the depositions of the six Terminix employees currently noticed for October
5  3, 2011 and October 7, 2011.
6      2.  The final pre-trial conference be continued from January 18, 2012 to April 18,
7  2012 at 3:00 p.m.
8      3.  Jury trial in this matter be continued from February 27, 2012 at 9:00 a.m. to
9  April 30, 2012 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: October 6, 2011          LITTLER MENDELSON
                                A Professional Corporation


                                By: */s/ Anne- Marie Waggoner*
                                    ANNE-MARIE WAGGONER
                                    Attorneys for Defendant
                                    TERMINIX INTERNATIONAL, INC.


Dated: October 6, 2011          PERKINS & ASSOCIATES


                                By: */s/ Robin K. Perkins*
                                    ROBIN K. PERKINS
                                    Attorneys for Plaintiff
                                    ANASTASIA YEAGER

As good cause exists due to Parties' attempts to resolve this matter before incurring the significant costs and expense associated with the completion of additional discovery and trial preparation and before incurring the disruption to the business of Terminix, and due to Counsel for Terminix's conflict with the current trial date, the Court hereby modifies its Pretrial Scheduling Order in this matter as stipulated above, <u>with the exception that the final pretrial conference is continued to April 11, 2012, at 3:00 p.m. and the jury trial is continued to May 21, 2012, at 9:00 a.m.</u>

**IT IS SO ORDERED**.

Dated:  October 11, 2011

By: /s/ John A. Mendez
John A. Mendez
UNITED STATES DISTRICT JUDGE