1   Robin K. Perkins, SBN: 131252
    **PERKINS & ASSOCIATES**
2   300 Capitol Mall, Suite 1800
    Sacramento, CA 95814
3   Telephone:      (916) 446-2000
    Facsimile:      (916) 447-6400
4
    Attorneys for Plaintiff
5   ANASTASIA YEAGER

6   Anne-Marie Waggoner, Bar No. 173407
    Alexa L. Woerner, Bar No. 267609
7   LITTLER MENDELSON
    A Professional Corporation
8   Treat Towers
    1255 Treat Boulevard
9   Suite 600
    Walnut Creek, CA  94597
10  Telephone:     925.932.2468

11  Attorneys for Defendant
    TERMINIX INTERNATIONAL, INC.

12

13                  UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                     SACRAMENTO DIVISION

16

17  ANASTASIA YEAGER,                 Case No. 2:10-CV-00572-JAM-JFM

18          Plaintiff
                                      **STIPULATED REQUEST FOR AN ORDER
19      v.                            CONTINUING TRIAL AND CERTAIN
                                      PRE-TRIAL EVENTS AND ORDER
20  TERMINIX INTERNATIONAL, INC., a   CONTINUING TRIAL AND CERTAIN
    Delaware Corporation doing Business in   PRE-TRIAL EVENTS**
21  the State of California as
    SERVICEMASTER,
22
            Defendant.                Judge:            John A. Mendez
23                                    Complaint Filed:  March 11, 2010
                                      Trial Date:        February 27, 2012
24

25

26

27

28

CASE NO.  CIV S-10-572 JAM JFM

1    Plaintiff ANASTASIA YEAGER ("Plaintiff") and Defendant TERMINIX
2    INTERNATIONAL, INC. ("Terminix") (collectively "The Parties") hereby stipulate and agree to
3    the following:

4    WHEREAS, in the Pretrial Scheduling Order filed in this matter on July 19, 2010, the
5    Honorable John A. Mendez ordered the parties to complete all discovery, with the exception of
6    expert discovery, by October 7, 2011. (Court Docket No. 12);

7    WHEREAS, in the Pretrial Scheduling Order filed in this matter on July 19, 2010, the
8    Honorable John A. Mendez set the trial in this matter for February 27, 2012. (Court Docket No. 12);

9    WHEREAS, Counsel for Terminix substituted into this case on April 14, 2011;

10    WHEREAS, Counsel for Terminix is scheduled to appear for a class action trial in
11    another court on another matter from January 30, 2012 through April 6, 2012;

12    WHEREAS, the Plaintiff has noticed and scheduled the depositions of six employees
13    of TERMINIX, including officers of Terminix, and requested documents for these depositions for
14    the week beginning on October 3, 2011 and to be completed by October, 7, 2011;

15    WHEREAS, at least three of the six employees of Terminix, the depositions of whom
16    Plaintiff seeks, reside and work outside of the State of California in the State of Tennessee and the
17    State of Washington;

18    WHEREAS, the Parties are attempting to resolve this matter before incurring the
19    significant costs and expenses associated with the completion of such depositions and preparing for
20    trial and before incurring the potential disruption to the business of Terminix;

21    WHEREAS, the parties and their counsel request that the October 7, 2011 non-expert
22    discovery deadline be continued to January 13, 2012, for the sole purpose of permitting the
23    depositions of the six Terminix employees currently noticed for October 3, 2011 and October 7,
24    2011 to be completed and documents produced pursuant to those deposition notices;

25    WHEREAS, the parties and their counsel further request that the trial in this matter be
26    continued from February 27, 2012 at 9:00 a.m. to April 30, 2012, and that the pre-trial conference be
27    continued accordingly, so that the parties may explore the informal resolution of this matter,
28    complete discovery, and prepare for trial, if necessary, thereafter.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1.      The non-expert discovery cut-off be continued from October 7, 2011 to January 13, 2012 as to the depositions of the six Terminix employees currently noticed for October 3, 2011 and October 7, 2011.

2.      The final pre-trial conference be continued from January 18, 2012 to April 18, 2012 at 3:00 p.m.

3.      Jury trial in this matter be continued from February 27, 2012 at 9:00 a.m. to April 30, 2012 at 9:00 a.m.


**IT IS SO STIPULATED.**


Dated:  October 6, 2011                          LITTLER MENDELSON
                                                 A Professional Corporation



                                                 By: */s/ Anne- Marie Waggoner*
                                                     ANNE-MARIE WAGGONER
                                                     Attorneys for Defendant
                                                     TERMINIX INTERNATIONAL, INC.


Dated:  October 6, 2011                          PERKINS & ASSOCIATES



                                                 By: */s/ Robin K. Perkins*
                                                     ROBIN K. PERKINS
                                                     Attorneys for Plaintiff
                                                     ANASTASIA YEAGER

1    As good cause exists due to Parties' attempts to resolve this matter before incurring

2    the significant costs and expense associated with the completion of additional discovery and trial

3    preparation and before incurring the disruption to the business of Terminix, and due to Counsel for

4    Terminix's conflict with the current trial date, the Court hereby modifies its Pretrial Scheduling

5    Order in this matter as stipulated above, <u>with the exception that the final pretrial conference is</u>

6    <u>continued to April 11, 2012, at 3:00 p.m. and the jury trial is continued to May 21, 2012, at 9:00 a.m.</u>

7    **IT IS SO ORDERED**.

8

9    Dated:  October 11, 2011

10                                              By:  /s/ John A. Mendez
                                                     John A. Mendez
11                                                   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
916.446.2000

4.

CASE NO.  CIV S-10-572 JAM JFM