Robin K. Perkins, SBN: 131252
**PERKINS & ASSOCIATES**
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   (916) 446-2000
Facsimile:   (916) 447-6400

Attorneys for Plaintiff
ANASTASIA YEAGER

Anne-Marie Waggoner, SBN 173407
**LITTLER MENDELSON P.C.**
Treat Towers,
1255 Treat Blvd, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile 925.407.8396

Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANASTASIA YEAGER,<br><br>          Plaintiff<br><br>     v.<br><br>TERMINIX INTERNATIONAL, INC., a Delaware Corporation doing Business in the State of California as SERVICEMASTER,<br><br>          Defendant. | Case No. 2:10-CV-00572-JAM-JFM<br><br>**STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed Concurrently With: [Proposed] Order]<br><br>Judge:             John A. Mendez<br>Complaint Filed:   March 11, 2010<br>Trial Date:         February 27, 2012 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Anastasia Yeager ("Yeager"), and Defendant Terminix International, Inc. ("Terminix"), by and through their respective attorneys of record, that the above referenced action be, and is hereby, dismissed with prejudice pursuant to

Firmwide:109196111.2 053274.1051

PDF created with pdfFactory trial version www.pdffactory.com

Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

**IT IS SO STIPULATED:**

Dated: February 24, 2012

LITTLER MENDELSON
A Professional Corporation

By: */s/ Anne-Marie Waggoner*
ANNE-MARIE WAGGONER
Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

Dated: February 6, 2012

PERKINS & ASSOCIATES

By: _____
ROBIN K. PERKINS
Attorneys for Plaintiff
ANASTASIA YEAGER

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED**.

Dated: February 27, 2012

/s/ John A. Mendez

Hon. John A. Mendez
U. S. District Court Judge

**Stipulation for Dismissal**              2.

PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
916.446.2000

Firmwide:109196111.2 053274.1051

PDF created with pdfFactory trial version www.pdffactory.com